JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GREGORY HOLENDA,<br><br>   Plaintiff,<br><br>   v.<br><br>INFINITY SELECT INSURANCE COMPANY and DOES 1 through 100, inclusive,<br><br>   Defendants. | Case No. CV13-07128R(CWx)<br><br>**JUDGMENT**<br><br>The Hon. Manuel L. Real<br><br>Ctrm: 8 |

On January 13, 2014, the Court held a hearing on Infinity Select Insurance Company's motion for summary judgment. Peter Klee appeared on behalf of Infinity, David Richards appeared on behalf of Plaintiff Gregory Holenda.

For the reasons stated in its Statement of Uncontroverted Facts and Conclusions of Law, and on the record at the hearing, the Court granted Infinity's motion for summary judgment.

1   Therefore, the Court ORDERS that JUDGMENT is hereby entered in favor of
2   defendant Infinity Select Insurance Company and against plaintiff Gregory Holenda.
3   The Court further ORDERS that plaintiff Gregory Holenda shall pay defendant
4   Infinity Select Insurance Company its reasonable costs of suit as determined by the
5   Clerk of Court according to proof.

7   Dated:  _February 13, 2014_   _____
8                                  UNITED STATES DISTRICT COURT JUDGE

10  USW 804022981.1